CLOSED

# U.S. District Court
# Western District of North Carolina (Asheville)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00084−LHT−DLH

WILCOX et al v. DAVOL, INC. et al
Assigned to: District Judge Lacy Thornburg
Referred to: Magistrate Judge Dennis Howell
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/13/2008
Date Terminated: 04/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**DENNIS WILCOX**

represented by **Marshall Ray Hurley**
Marshall Hurley, PLLC
200 Gateway Business Center
2400 Freeman Mill Road
Greensboro, NC 27406
336−378−1870
Fax: 336−379−7150
Email: mrhurley@triad.rr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBRA WILCOX**

V.

**Defendant**

**DAVOL, INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2008 | Ï 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 04190000000000491835.), filed by DENNIS WILCOX.(Hurley, Marshall) (Entered: 03/13/2008) |
| 03/14/2008 | Ï | Case Assigned to Magistrate Judge Dennis Howell, as referral. *This is your only notice − you will not receive a separate document.*(dtr) (Entered: 03/14/2008) |
| 03/14/2008 | Ï 2 | Summons Issued Electronically as to DAVOL, INC., C.R. BARD, INC.. **NOTICE: Counsel shall print the summons and serve with other case opening documents in accordance with Fed.R.Civ.P.4** . (dtr) (Entered: 03/14/2008) |
| 04/25/2008 | Ï 3 | Transfer Order of Judicial Panel MDL transferring case to District of Rhode Island, assigned case #08−2453, MDL# 1842. Matter transferred for coordinated or consolidated pretrial proceedings. (bsw) (Entered: 04/25/2008) |